ACCEPTED
06-15-00023-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/25/2015 7:11:26 PM
DEBBIE AUTREY
CLERK

# SIXTH COURT OF APPEALS

## 06-15-00023-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

2/26/2015 9:23:00 AM

DEBBIE AUTREY
Clerk

## *Jessica Boyett, Appellant*
## *v.*
## *State of Texas, Appellee*

**On Appeal from the 6th Judicial District Court
Lamar County, Texas
Cause Number 25506**

# Appearance of Kristin R. Brown as Counsel for Jessica Boyett

**Kristin R. Brown**
**The Law Office of Kristin R. Brown, PLLC**
**18208 Preston Road, Suite D9375**
**Dallas, Texas 75252**
**Phone: 214-446-3909**
**Fax: 214-481-4868**
**Email: kbrown@idefenddfw.com**
**Texas Bar No. 24081458**
**Attorney for Appellant**

**To the Honorable Justices of the Court of Appeals:**

Kristin R. Brown enters this appearance of counsel for Appellant Jessica Boyett. Counsel gives notice to the Court and the State that all communications intended for Appellant should be sent directly to Counsel.

## **Prayer**

Appellant prays that the Court enter Kristin R. Brown as counsel for Appellant.

Respectfully submitted,

The Law Office of Kristin R. Brown, PLLC
18208 Preston Road, Suite D9375
Dallas, Texas 75252
Phone: 214-446-3909
Fax: 214-481-4868
kbrown@idefenddfw.com

**/s/ Kristin R. Brown**

_____
By:  Kristin R. Brown
       Texas Bar No. 24081458
       Attorney for Appellant

## Certificate of Service

This certifies that on February 25, 2015, a true and correct copy of this document was served on Gary Young of the District Attorney's Office, Lamar County, by email to gyoung@co.lamar.tx.us.

/s/ **Kristin R. Brown**
Kristin R. Brown